**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KERRI COLLINS o/b/o S.W.,

    Plaintiff,

vs.                                        Case No. 3:06-cv-870-J-HTS

MICHAEL J. ASTRUE,
Commissioner of Social
Security,[1]

    Defendant.
_____

**O R D E R**

    The Clerk of the Court is directed to replace, by interlineation, all occurrences of the minor child's name in the Memorandum in Support of Plaintiff's Appeal of the Commissioner's Decision (Doc. #17), and the attachment thereto, with the initials S.W. Plaintiff's counsel is reminded to comply in the future with the Administrative Procedures for Electronic Filing in Civil and Criminal Cases, Section II(I)(1)(b), which states that "[u]nless the court orders otherwise, an electronic filing made with the

---

[1] Pursuant to Rule 25, Federal Rules of Civil Procedure, Michael J. Astrue, Commissioner of Social Security, is substituted as Defendant herein.

court that includes . . . a name of a person known to be a minor . . . may include only . . . [t]he minor's initials[.]" *See also* Rule 1.01(a), Local Rules, United States District Court, Middle District of Florida.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of November, 2007.

                                                /s/       Howard T. Snyder
                                                HOWARD T. SNYDER
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:

All counsel of record
     and pro se parties, if any