UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KERRI COLLINS o/b/o S.W.,

    Plaintiff,

vs.                         Case No. 3:06-cv-870-J-HTS

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

    Defendant.
_____

**O R D E R**

This cause is before the Court on Plaintiff's Uncontested Petition for Award of Attorney Fees Under the Equal Access to Justice Act (Doc. #26; Petition), filed on January 10, 2008. It is represented Defendant "has no objection to the amount sought by Plaintiff's counsel." Petition at 2.

The Petition requests the Court to award $2,575.31 in attorney fees to Plaintiff's counsel pursuant to the Equal Access to Justice Act. *Id.* at 3. Counsel expended 16.75 hours in representing Plaintiff before the Court in 2006 and 2007. *See id.*; Itemization of Time, attached to the Petition. An hourly rate, adjusted for inflation, of $153.75 is sought. Petition at 3; *cf.* 28 U.S.C. §

2412(d)(2)(A) (permitting adjustment for increase in cost of living).

Having reviewed the Petition and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees.  *See* 28 U.S.C. § 2412(d).  Further, it is found her attorney may reasonably be awarded $2,575.31 in fees.

Accordingly, the Petition (Doc. #26) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $2,575.31.

**DONE AND ORDERED** at Jacksonville, Florida, this 25th day of January, 2008.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    pro se parties, if any